STATE OF NEW JERSEY v. AGIN ABDULLAH
MUHAMMAD, ETC.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN WHITTED.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN AUCTER.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIS HOLT.

June 3, 1986.

Petition for certification denied.